IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAMES FINCH,<br>      Plaintiff,<br>v.<br><br>MERIDIAN SERVICES GROUP LLC,<br>*formerly known as*<br>WORK MANAGEMENT INC,<br>      Defendant. | *<br><br>*<br>  Case No.  3:24-cv-00082-CDL<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case with prejudice.

This 17th day of November, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk